B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
| --- | --- |
| WESTERN DISTRICT OF PENNSYLVANIA | |

| | |
| --- | --- |
| Name of Debtor (if individual, enter Last, First, Middle):<br><br>LEHR, LANCE L. | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **4856** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>6755 RICHARDSON CIRCLE<br>Fairview, PA<br>ZIPCODE 16415 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **ERIE** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME** | ZIPCODE |

| Type of Debtor (Form of organization)<br>(Check **one** box.)<br><br>☒ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box)<br>☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☒ Chapter 13 |

Nature of Debts (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☒ Debts are primarily business debts.

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Chapter 11 Debtors:<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check if:**

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**

☐ A plan is being filed with this petition

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**        THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐<br>1-49 | ☒<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Estimated Assets**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☒<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Estimated Liabilities**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☒<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

B1 (Official Form 1) (4/13)                                                                            FORM B1, Page    2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>LEHR, LANCE L. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X ___ /s/Kurt L. Sundberg ___ 2/24/2014<br>    Signature of Attorney for Debtor(s)           Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                              FORM B1, Page    3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): LEHR, LANCE L. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ LEHR, LANCE L.**
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

**2/24/2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

### Signature of Attorney*

X **/s/ KURT L. SUNDBERG**
Signature of Attorney for Debtor(s)

**KURT L. SUNDBERG**
Printed Name of Attorney for Debtor(s)

**MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**
Firm Name

**300 STATE STREET**
Address

**SUITE 300**

**ERIE, PA   16507-1481**

**814/456-5301**
Telephone Number

**2/24/2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re LEHR, LANCE L.                                                    Case No.
                                                                                 (if known)

_____
                        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐    4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ LEHR, LANCE L.*

Date:    *2/24/2014*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re *LEHR, LANCE L.*

Case No.

Chapter *13*

_____ / Debtor

Attorney for Debtor:   *KURT L. SUNDBERG*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *2/24/2014*

*/s/ LEHR, LANCE L.*

Debtor

ADVANCEME
ATTN   SEAN CROWLEY
2015 VAUGHN RD BLVD   500
KENNESAW GA   30144

ADVANCEME
C/O RICHARD M   HOWE ESQ
4385 KIMBALL RIDGE RD SUITE100
ALPHARETTA GA   30022

ADVANCEME   INC
C/O APPLE & APPLE
4650 BAUM BOULEVARD
PITTSBURGH PA   15213

ADVANCEME   INC
BARRETT BUSINESS CENTER 500
2015 VAUGHN ROAD
KENNESAW GA   30144

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ   07101-1270

ASCAP
PO BOX 331608-7515
NASHVILLE TN   37203-9998

BANK OF AMERICA
121 MOORE-HOPKINS LANE
COLUMBIA SC   29210

BANK OF AMERICA
PO BOX 15710
WILMINGTON DE   19886-5710

BANK OF AMERICA
4161 PIEDMONT PKWY
GREENSBORO NC   27410-8110

BMI
10 MUSIC SQUARE EAST
NASHVILLE TN   37203

BMI
EVERETT K   SHEINTOCH   ESQ
1171 LANCASTER AVE   SUITE 100
BERWYN PA   19312

BROADCAST MUSIC INC
C/O EVERETT SHEINTOCH   ESQ
1171 LANCASTER AVE SUITE 100
BERWYN PA   19312

CABARRUS BANK
PO BOX 1970
CONCORD NC   28027

CABARRUS BANK
PIONEER PO BOX 189
ARCADE  NY  14009

CABARRUS BANK
CBE GROUP 131 TOWER PARK DRIVE
SUITE 100
WATERLOO IA  50701

CABARRUS BANK & TRUST COMPANY
700 CHURCH STREET NORTH
SUITE 30
CONCORD NC  28026

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT  84130-0285

CITI CARDS
PO BOX 6241
SIOUX FALLS SD  57117-6241

CITIBANK (SOUTH DAKOTA) N A
701 EAST 60TH STREET NORTH
SIOUX FALLS SD  57117

CITIBANK (SOUTH DAKOTA) N A
C/O BURTON NEIL & ASSOCIATES
1060 ANDREW DRIVE  SUITE 170
WEST CHESTER PA  19380

CITIMORTGAGE
PO BOX 183040
COLUMBUS OH  43218-3040

CITIZENS BANK
525 WILLIAM PENN PLACE
PITTSBURGH PA  15219

CITIZENS BANK
RICHARD J BOUDREAU & ASSOCIATE
5 INDUSTRIAL WAY
SALEM NH  03079

CITIZENS BANK
PO BOX 42002
PROVIDENCE RI  02940-2002

CITIZENS BANK
PO BOX 18204
BRIDGEPORT CT  06601-3204

CITIZENS BANK OF PENNSYLVANIA
525 WILLIAM PENN PLACE
PITTSBURGH PA  15219

CITIZENS BANK OF PENNSYLVANIA
C/O RICHARD J  PARKS  ESQ
54 BUHL BLVD
SHARON PA  16146

CONVERGENT
10750 HAMMERLY BLVD #200
HOUSTON TX  77043

CROSS REALTY
C/O QUINN LAW FIRM
2222 W GRANDVIEW BLVD
ERIE PA  16506

DD&K
2253 W GRANDVIEW BLVD
ERIE PA  16506

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN UT  84201-0039

DMX ATLANTA
WILLIAMS BABBIT & WEISMAN  INC
5255 N REDERAL HWY  3RD FL
BOCA RATON FL  33487

DMX ATLANTA
600 CONGRESS AVE SUITE 1400
AUSTIN TX  78701

DMX INC
PO BOX 660557
DALLAS TX  75266

EMP SECURITY COMM NC
UNEMPLOYMENT INS DIVISION
PO BOX 26504
RALEIGH NC  27611-6504

FEDEX
2551 S POLARSI
FORTH WORTH TX  76137

FIRST CITIZENS BANK
PO BOX 27131
RALEIGH NC  27611-7131

FOULKROD & ASSOCIATES  INC
13201 CAMBRIDGE SPRINGS ROAD
EDINBORO PA  16412

HUNTINGTON NATIONAL BANK
POB BOX 1558 EA1W37
COLUMBUS OH  43216-1558

IFH
THOMAS REILLY WATERFRONT CORP
SUITE 403 2200 GEORGETOWNE DR
SEWICKLEY PA   15143

INSTITUTION FOOD HOUSE   INC
543 12TH STREET DRIVE NW
HICKORY NC   28603

INSTITUTION FOOD HOUSE   INC
PO DRAWER 2947
HICKORY NC   28603

INSTITUTION FOOD HOUSE   INC
C/O J  SAMUEL GORHAN  III  ESQ
PO BOX 2507
HICKORY NC   28603

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
1000 LIBERTY AVENUE  SUITE 320
PITTSBURGH PA   15222-4103

INTERNAL REVENUE SERVICE
ATTN  ERIN GALLAGER
1314 GRISWOLD PLAZA RM 105
ERIE PA   16501

LAMAR
PO BOX 96030
BATON ROUGE LA   70896

LAMAR ADVERTISING C/O MICHAEL LESSA
107 NORTH COMMENCE WAY
SUITE 100
BETHLEHEM PA   18017

LEECH TISMAN
CITIZENS BANK BLD 30TH FL
525 WILLIAM PENN PLACE
PITTSBURGH PA   15219

LIBERTY MUTUAL INSURANCE
C/O CAINE & WEINER
1699 E WOODFIELD RD
SCHAUMBURG IL   60173

MARY WEAVER
5380 STERRETANIA ROAD
ERIE PA   16506

NADINE MERRY  EXECUTOR ESTATE OF NORBERT
1738 ROUTE 97
WATERFORD PA   16441

NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE TX   75067

```
NATIONWIDE CREDIT  INC
2002 SUMMIT BOULEVARD
SUITE 600
ATLANTA GA   30319


NORBERT CROSS ESTATE
8923 WATTSBURG ROAD
ERIE PA   16509


NORBERT CROSS ESTATE
C/O QUINN LAW FIRM
2222 W GRANDVIEW BLVD
ERIE PA   16506


NORTH CAROLINA LUBE PARTNERS AT CONCORD
4793 NUMSON STREET NW
CANTON OH   44718


OHIO CASUALTY INSURANCE
C/O TODD PIERCE
1699 E WOODFIELD RD SUITE 360A
SCHAUMBURG IL   60173


PA DEPARTMENT OF REVENUE
DEPARTMENT 280946
HARRISBURG PA   17128-0946


PENELEC
PO BOX 16001
READING  PA   19612-6001


PETE FEDORKO
C/O BILL BROWN  MACDONALD ILLI
100 STATE STREET  SUITE 700
ERIE PA   16507


PETE FEDORKO
2500 SOUTH SHORE DRIVE
ERIE PA   16505


PNC BANK
PO BOX 747024
PITTSBURGH PA   15274-7024


PNC BANK
2730 LIBERTY AVENUE
PITTSBURGH PA   15222-4704


PSNC ENERGY
KIRSCHBAUM NANNEY KEENAN GRIFF
PO BOX 19806
RALEIGH NC   27619


PSNC ENERGY
PO BOX 100256
COLUMBIA SC   29202
```

QUAKER STEAK & LUBE FRANCHISING CORP
101 CHESTER STREET
SHARON PA   16146

QUINN LAW FIRM
ATTN  LAWRENCE C  BOLLA
2222 W GRANDVIEW BLVD
ERIE PA   16506

RADIANT SYSTEMS
3925 BROOKSIDE PARKWAY
ALPHARETTA GA   30022

REINHART FOOD SERVICE
C/O PAUL R  RENNIE  ESQ
125 FIRST AVENUE
PITTSBURGH PA   15222

REINHART FOOD SERVICE  LLC
226 EAST VIEW DRIVE
MT  PLEASANT PA  15666

RESTAURANT TECHNOLOGIES
2250 PILOT KNOB ROAD  STE  100
MENDOTA HEIGHTS MN  55120

REWARDS NETWORK
ATTN  DIANE GRAHAM
2N RIVERSIDE PLAZA
CHICAGO IL  60606

RICHARD BOUDREAU & ASSOCIATES
5 INDUSTRIAL WAY
SALEM NH  03079

ROBERT ORR-SYSCO FOOD SERVICES
C/O JOHN CHEADLE  ESQ
129 SECOND AVE  NORTH
NASHVILLE TN  37201

ROBERT ORR-SYSCO FOOD SERVICES
ONE HERMITAGE PLAZA
NASHVILLE TN  37209

RON HUEGEL
327 MORNING WALK LANE
WARRINGTON PA  29027

RTI
2250 PILOT ROAD
SUITE 100
MELDOTA HEIGHTS MN  55120

SATISFACTION MARKETING  LLC
15920 RHINEHILL RD
CHARLOTTE NC  28278

SETERUS
PO BOX 2008
GRAND RAPIDS MI   49501-2008

SOUND GARDEN
JOHN CREADLE
2404 CRESTMOOR ROAD
NASHVILLE TN   37215

SYSCO FOODS
ATTN   JOHN CREADLE
2404 CRESTMOOR ROAD
NASHVILLE TN   37215

THE HARTFORD
PO BOX 2907
HARTFORD CT   06104-2907

TIME WARNER CABLE
P O   BOX 741821
CINCINNATI   NV   45274-1821

US FOOD SERVICE   INC
1500 NC HIGHWAY 39
ZEBULON NC   27597

US FOODS
C/O ACKERMAN   JR
3300 SHOPTON ROAD
CHARLOTTE NC   28217

US SMALL BUSINESS ADMINISTRATION
PO BOX 740192
ATLANTA GA   30374

US SMALL BUSINESS ADMINSTRATION
801 TOM MARTIN DRIVE
SUITE 120
BIRMINGHAM AL   35211